■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERSON MAISONAVE, Appellant.—Judgment, Supreme Court, New York County (Ronald A. Zweibel, J.), rendered April 3, 1991, convicting defendant, after a jury trial, of two counts of robbery in the first degree, and sentencing him, as a second felony offender, to concurrent terms of 6 to 12 years, unanimously affirmed.

The jury had ample ground to convict based on the complainant's strong and unequivocal identification testimony *(see, People v Hawkins,* 155 AD2d 617). Any error in admitting bolstering hearsay was harmless in view of the complainant's strong identification *(People v Jones,* 170 AD2d 360, *lv denied* 77 NY2d 996). Concur—Murphy, P. J., Sullivan, Rosenberger, Kassal and Rubin, JJ.

■ LEONA UNDERWOOD, Appellant, v MAURICE GREY et al., Respondents.—Order, Supreme Court, New York County (Herman Cahn, J.), dated October 7, 1991, which granted plaintiff's motion for a default judgment unless defendants served an answer by October 10, 1991, unanimously affirmed, without costs.

The court properly exercised its discretion to extend defendants' time to answer the complaint, since their refusal to answer was based upon a reasonable misapprehension that plaintiff was required to seek leave to amend her original complaint pursuant to CPLR 3025. Under the unusual circumstances of this case, the court could conclude that defendants' misapprehension constituted a reasonable excuse for the default (CPLR 3012 [d]). Concur—Murphy, P. J., Sullivan, Rosenberger, Kassal and Rubin, JJ.

■ CARLOS ROMAN, Appellant, v CITY OF NEW YORK, Respondent.—Appeal from an order of the Supreme Court, Bronx County (Alan Saks, J.), entered on or about February 11, 1992, which ruled certain hospital records to be admissible in evidence, unanimously dismissed, without costs.

No appeal as of right lies from an order that merely rules on the admissibility of evidence during a trial (CPLR 5701 [a] [2]). Rather, such rulings are to be reviewed on appeal from the judgment after trial *(Kopstein v City of New York,* 87 AD2d 547). Accordingly, the appeal is dismissed, and we do not address the merits of the rulings. Concur—Murphy, P. J., Sullivan, Rosenberger, Kassal and Rubin, JJ.